Kevin G. Little, SBN 149818
**LAW OFFICE OF KEVIN G. LITTLE**
Post Office Box 8656
Fresno, California 93747
Telephone: (559) 342-5800
Facsimile:  (559) 420-0839
E-Mail: kevin@kevinglittle.com

Attorneys for Plaintiff MARIA VENTURA, individually
and on behalf of the ESTATE OF OMAR VENTURA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| MARIA VENTURA, individually and on behalf of the ESTATE OF OMAR VENTURA, <br><br> Plaintiff, <br><br> v. <br><br> JENNIFER RUTLEDGE; UNKNOWN POLICE OFFICERS; CITY OF PORTERVILLE, CALIFORNIA, <br><br> Defendants. | Case No.: 1:17−cv−00237−DAD−SKO <br><br> **STIPULATION AND PROPOSED ORDER MODIFYING SCHEDULING ORDER** <br><br> (Doc. 19) |

TO THE HONORABLE COURT:

The parties, plaintiff Maria Ventura, individually and on behalf of the Estate of Omar Ventura, and defendants, Jennifer Rutledge and City of Porterville, through their respective counsel, hereby agree and stipulate as follows:

WHEREAS, the depositions originally noticed for August 2018 were not taken as noticed, necessitating this brief proposed extension that would permit them to be taken on September 21, 2018 and September 28, 2018, so as to complete all remaining discovery, and

WHEREAS, the parties believe that appropriate modifications to some of the pretrial deadlines may be accomplished without necessitating the rescheduling of trial, or unduly limiting the time that would be available to the Court before trial to adjudicate motions, and

STIPULATION AND PROPOSED ORDER MODIFYING SCHEDULING ORDER

WHEREAS, the parties believe in good faith that the new proposed deadlines will permit necessary depositions to be completed, and

WHEREAS, the parties have already discussed settlement and believe there is no prospect of settlement prior to the Court's ruling on dispositive motions,

IT IS HEREBY STIPULATED AS FOLLOWS:

| Event | Current Date | Proposed New Date |
|---|---|---|
| Non-Expert Discovery Completion (Extended as to Depositions Only) | August 31, 2018 | September 28, 2018 |
| Expert Disclosures | September 5, 2018 | October 12, 2018 |
| Rebuttal Expert Disclosures | September 20, 2018 | October 26, 2018 |
| Expert Discovery Completion | October 15, 2018. | November 16, 2018 |
| Dispositive Motion Filing | November 30, 2018 | December 14, 2018 |
| Dispositive Motion Hearing | January 15, 2019 | January 29, 2019 |
| Settlement Conference | October 25, 2018, 1:00 p.m. | Off Calendar |
| All Other Dates and Deadlines | As Currently Set | Unchanged |

Dated: August 28, 2018  Ferguson, Praet & Sherman

 */s/ Bruce D. Praet*
 Bruce D. Praet
 Attorneys for Defendants

Dated: August 28, 2018  Law Office of Kevin G. Little

 */s/ Kevin G. Little*
 Kevin G. Little
 Attorneys for Plaintiff

# ORDER

Pursuant to the parties' above-stipulation (Doc. 19), with good cause shown, the Court hereby ORDERS that the Scheduling Order (Doc. 13) is modified as follows:[1]

| Event | Prior Date | Continued Date |
|---|---|---|
| Non-Expert Discovery Completion (Extended as to Depositions Only) | August 31, 2018 | September 28, 2018 |
| Expert Disclosures | September 5, 2018 | October 12, 2018 |
| Rebuttal Expert Disclosures | September 20, 2018 | October 26, 2018 |
| Expert Discovery Completion | October 15, 2018. | November 16, 2018 |
| Dispositive Motion Filing | November 30, 2018 | December 14, 2018 |
| Dispositive Motion Hearing | January 15, 2019 | February 5, 2019 |
| Settlement Conference | October 25, 2018, 1:00 p.m. | March 19, 2019, 1:00 pm in Courtroom 10 before United States Magistrate Judge Erica P. Grosjean[2] |
| Pretrial Conference | March 25, 2019, 1:30 pm | April 15, 2019, at 1:30 pm |
| Trial | May 28, 2019, 8:30 a.m. | June 11, 2019, at 8:30 a.m. |

IT IS SO ORDERED.

Dated: **September 4, 2018**         /s/ *Sheila K. Oberto*
                                   UNITED STATES MAGISTRATE JUDGE

---

[1] Several of the dates proposed by the parties have been adjusted to comport with the Court's calendar, to allow the Court adequate time to rule on dispositive motions, and to permit the parties sufficient time to prepare their pretrial submissions and for trial.

[2] Settlement conferences are required in all cases in which District Judge Drozd is the presiding judge.